# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WADE SYNDER, ) | 3:08-CV-628-LRH (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | July 15, 2009 |
| LIFE CARE CENTERS OF AMERICA, ) INC., a Tennessee corporation, ) | |
| Defendant. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Defendant has filed a Motion to Exclude the Testimony of Plaintiff's Expert Witness, Gary A. Presswood, S.C.D., P.E., for Failure to Comply with Expert Disclosure Requirements (Doc. #19).   There has been no opposition.

     Defendant's Motion to Exclude the Testimony of Plaintiff's Expert Witness, Gary A. Presswood, S.C.D., P.E., for Failure to Comply with Expert Disclosure Requirements (Doc. #19) is **GRANTED**.

     **IT IS SO ORDERED.**

                        LANCE S. WILSON, CLERK

                        By:          /s/
                              Deputy Clerk